UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAMEON WARFIELD, | ) |
| | ) |
| Plaintiff, | )  No. 3:12-cv-483 |
| | )  Judge Trauger |
| v. | ) |
| | ) |
| TONY CRAWFORD, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

On November 27, 2012, the Magistrate Judge issued a Report and Recommendation (R&R) (Docket No. 41) on the Motion for Summary Judgment filed by the defendant (Docket No. 24), recommending that the motion be granted.

Pending before the court are Objections to the R&R timely filed by the plaintiff (Docket No. 44) and a response filed by the defendant (Docket No. 45).

For the reasons explained more fully in the Memorandum entered contemporaneously herewith, the court finds that the plaintiff's Objections lack merit. The court agrees with the Magistrate Judge's analysis and recommendation and finds that there is no genuine issue of material fact and the defendants are entitled to judgment as a matter of law. Therefore, the plaintiff's Objections are **OVERRULED**. For the reasons expressed in the R&R and in the Memorandum entered contemporaneously with this Order, it is hereby **ORDERED** that the defendant's Motion for Summary Judgment (Docket No. 24) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

Aleta A. Trauger
United States District Judge